Renee Gale SHIELDS, Plaintiff-Appellant,

v.

David E. HELLING, Defendant-Respondent.

No. 48098.

Missouri Court of Appeals, Eastern District, Division One.

Nov. 13, 1984.

Motion for Rehearing and/or Transfer to Supreme Court Denied Dec. 18, 1984.

Susan M. Hais, Clayton, for plaintiff-appellant.

Ellsworth Cundiff, St. Charles, for defendant-respondent.

## ORDER

PER CURIAM.

Appellant appeals trial court order transfering custody of two children to respondent. The judgment is affirmed in accordance with Rule 84.16(b).

All Judges concur.